WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 800
Encino, CA 91436
Telephone: (818) 986-1776
Facsimile: (818) 382-2071
DENNIS J. WALSH, Esq. (State Bar No. 106646)
Email: dwalsh@walshlawyers.com
MATTHEW WALLIN, Esq. (State Bar No. 266575)
Email: mwallin@walshlawyers.com

Attorneys for Defendants,
COMPTON UNIFIED SCHOOL DISTRICT, a
public entity, CESAR FLORES, a public entity
employee, and PRECIOUS YOUNG, a public entity
employee

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA R. LOGAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COMPTON UNIFIED SCHOOL DISTRICT, CESAR FLORES, PRECIOUS YOUNG, AND DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.: 8:16-cv-1695-CJC (KESx)<br>*(Complaint Filed 9/12/16)*<br>*(Assigned to Honorable Cormac J. Carney)*<br><br>**[PROPOSED] JUDGMENT**<br><br><br>DATE:　September 23, 2019<br>TIME:　1:30 p.m.<br>COURTROOM: 7C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 10, 2019, the motion for summary judgment of defendants COMPTON UNIFIED SCHOOL DISTRICT, a public entity, CESAR FLORES, a public entity employee, and PRECIOUS YOUNG, a public entity employee, (collectively "Defendants"), to the Verified First Amended Complaint of plaintiff, TERESA LOGAN, ("Plaintiff"), and the motion for summary judgement of Plaintiff came up for hearing in Courtroom 7C of the

1

above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA 90012.

Having considered all moving and opposition papers filed by the parties; all records filed in this matter; and having heard oral arguments, the Court finds in favor of Defendants and against Plaintiff. Accordingly, the Court **DENIED** Plaintiff's motion for summary judgment and **GRANTED** Defendants' motion for summary judgment. This Court's Opinion was entered on October 11, 2019.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. Plaintiff shall take nothing by her operative complaint against Defendants.
2. Judgment is hereby entered in this case in favor of Defendants and against Plaintiff.

DATED: _____  _____

Honorable Cormac J. Carney
Judge, U.S. District Court.