JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| TERESA R. LOGAN,<br><br>  Plaintiff,<br>  v.<br><br>COMPTON UNIFIED SCHOOL DISTRICT, CESAR FLORES, PRECIOUS YOUNG, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: SACV 16-01695-CJC (KESx)<br><br>JUDGMENT |

Plaintiff Teresa R. Logan brings this action against Defendants Compton Unified School District, Cesar Flores, and Precious Young. The parties' cross-motions for summary judgment came for consideration before this Court, and a hearing was held on October 10, 2019. Having considered the evidence and arguments presented, the Court hereby **ORDERS** that:

1. Plaintiff's Motion for Summary Judgment is **DENIED**.
2. Defendants' Motion for Summary Judgment is **GRANTED**.
3. Plaintiff shall take nothing on her complaint against Defendants.
4. Judgment is hereby entered in favor of Defendants and against Plaintiff.

DATED: October 18, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE